CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Mario Martinez-Teran**<br>DOB: 1979; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>20-05103MJ |

Complaint for violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(B)(vii)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about December 1, 2020, at or near Douglas, in the District of Arizona, **Mario Martinez-Teran** did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On December 1, 2020, Border Patrol Agents (BPAs) received a report of a vehicle that was parked at a construction site on Geronimo Trail road in Douglas, Arizona. As BPAs monitored the vehicle utilizing cameras on Integrated Fixed Towers (IFT), they were also able to see approximately 10 to 12 individuals south of the US/Mexico border in an area known as Silver Creek. At approximately 5:11 p.m., BPAs witnessed the vehicle leave the construction parking lot, travel to the US/Mexico border and stop at Silver Creek. BPAs also saw the 10 to 12 individuals run from the Mexican side of the border towards the vehicle, loading it with what appeared to be large bundles. The individuals then ran back south into Mexico. BPAs, still utilizing the IFT cameras, were able to keep visual of the vehicle and saw the vehicle pull into a parking lot of a supermarket. BPAs approached the vehicle and made contact with the driver, identified as **Mario Martinez-Teran**. BPAs questioned **Martinez** as to his citizenship and determined that he was a citizen of Mexico, illegally present in the United States and BPAs arrested **Martinez**. While searching **Martinez's** vehicle, BPAs discovered 24 individual bundles. A representative sample of the contents of the bundles tested positive for the characteristics of marijuana. The marijuana had a total weight of 109.5 kilograms.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>KCH/pl<br>AUTHORIZED AUSA *Kevin Hakala*<br>Sworn to telephonically. | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 2, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54